UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| TERRY RAY JACKSON, | Civil No. 08-648 (JRT/SRN) |
| Petitioner, | **ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| v. | |
| JESSICA SYMMES, | |
| Respondent. | |

_____

Terry Ray Jackson, #116632, MCF-OPH, 5329 Osgood Avenue North, Stillwater, MN 55082, petitioner *pro se*.

Peter R. Marker and Kimberly R. Parker, **OFFICE OF THE MINNESOTA ATTORNEY GENERAL**, 445 Minnesota Street, Suite 900, St Paul, MN 55101, for respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated March 14, 2008. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED THAT** this action is summarily dismissed for lack of jurisdiction.

DATED: April 10, 2008
at Minneapolis, Minnesota.

                                                                          s/John R. Tunheim
                                                                          JOHN R. TUNHEIM
                                                              United States District Judge